DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Ph: (702) 388-6336
Fx: (702) 388-6787

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CR-S-99-217-PMP |
| vs. | ) | |
| | ) | SATISFACTION OF JUDGMENT |
| RANDOLPH JAMES FRANKLIN, | ) | |
| Defendant. | ) | |

TO THE ABOVE-ENTITLED COURT:

WHEREAS, the above-entitled Court did on November 25, 1999, enter a judgment in favor of the plaintiff, UNITED STATES OF AMERICA, and against the defendant, Randolph James Franklin, in the sum of $2,766.00; and

WHEREAS, the said Judgment as it pertains to the United States of America has been paid in full;

NOW, THEREFORE, the Clerk of the above-entitled Court is hereby authorized and directed to enter full satisfaction of judgment in this action.

DATED this 11th day of August, 2004.

DANIEL G. BOGDEN
United States Attorney

CARLOS A. GONZALEZ
Assistant U. S. Attorney